UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| KEVIN CLARK, and WILLIE MAE WILBURN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACTAVIS GROUP hf, ACTAVIS TOTOWA, LLC (formerly known as Amide Pharmaceutical, Inc.), ACTAVIS INC., ACTAVIS ELIZABETH, LLC, ACTAVIS US, MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS, INC., and UDL LABORATORIES, INC.,<br><br>    Defendants. | Civil Action No. 08-2293 (JAG)<br><br>**ORDER** |

**GREENAWAY, JR., U.S.D.J.**

  This matter comes before this Court on the motion of Plaintiffs Kevin Clark and Willie Mae Wilburn (collectively "Plaintiffs"), individually and on behalf of all others similarly situated, for an order to show cause, requesting that: (1) Defendants Actavis Group hf, Actavis Totowa, LLC, Actavis Inc., Actavis Elizabeth, LLC, Actavis US, Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Bertek Pharmaceuticals, Inc., and UDL Laboratories, Inc. (collectively "Defendants") provide urgent notice to unnamed class members and physicians, (2) this Court grant Plaintiffs' request for injunctive relief requiring Defendants

to preserve evidence, and (3) this Court order the appointment of temporary interim class counsel; and Defendants' motion to stay this case pending the decision of the Judicial Panel on Multidistrict Litigation regarding whether this matter shall be transferred to a multidistrict litigation court; it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 25th day of July, 2008,

ORDERED that Plaintiffs' motion for an order to show cause (Docket Entry No. 5) is denied, with prejudice; and it is further

ORDERED that Defendants' motion to stay (Docket Entry No. 15) is denied, as moot; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.